Geoffrey C. Lyon (State Bar No. 132747)
LYON LAW PC
3605 Long Beach Blvd., Suite 311
Long Beach, California 90807-4013
Telephone:     (562) 426-2112
Facsimile:      (424) 832-7405
glyon@lyonlawyer.com

Attorneys for Plaintiff JAMES MORAN

James H. Berry, Jr. (State Bar No. 075834)
Kate LaQuay (State Bar No. 178250)
LANDAU LAW LLP
1880 Century Park East, Suite 1101
Los Angeles, California  90067
Telephone:     (310) 557-0050
Facsimile:      (310) 557-0056
Email: jberry@LandauFirm.com
Email: klaquay@LandauFirm.com

Attorneys for Defendant ROLLING FRITO-LAY SALES, LP

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES MORAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROLLING FRITO-LAY SALES, LP; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00427-AB-SK<br><br>[Removal from Superior Court of California, County of Los Angeles, Case No. 20STCV46889]<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**Fed. R. Civ. Proc. 41(a)(1)(A)(ii)**<br><br>**Action filed:  December 8, 2020**<br>**Removed:  January 15, 2021** |

- 1 -　　　　　　　　　　　　　　　Case No. 2:21-cv-00427-AB-SK

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff JAMES MORAN ("Moran" or "Plaintiff") and Defendant ROLLING FRITO-LAY SALES, LP ("FRITO-LAY" or "Defendant") (collectively, the "Parties"), by and through their respective counsel of record, enter into the stipulation set forth below in recognition of the following:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety. The Parties each shall bear their respective costs and attorneys' fees. None of the Parties is a prevailing party.

Under the Rule cited above, this Stipulation is self-effectuating and does not require a conforming Order for the agreed dismissal with prejudice.

SO STIPULATED.

DATED: August 13, 2021        Respectfully submitted,

                              LYON LAW PC
                              Geoffrey C. Lyon


                              By /s/ *Geoffrey C. Lyon*   as authorized on 8/13/21
                              Geoffrey C. Lyon
                              Attorney for Plaintiff
                              JAMES MORAN

DATED: August 13, 2021        Respectfully submitted,

                              LANDAU LAW LLP
                              James H. Berry, Jr.
                              Kate LaQuay


                              By /s/ *James H. Berry, Jr.*
                              James H. Berry, Jr.
                              Attorneys for Defendant
                              ROLLING FRITO-LAY SALES, LP

**Signature Certification**

Pursuant to Local Rule 5-4.3.4(a), I hereby certify that the content of this document is acceptable to Geoffrey C. Lyon, counsel for Plaintiff, and that I have obtained Geoffrey C. Lyon's authorization to affix his electronic signature to this document.

DATED: August 13, 2021         LANDAU LAW LLP
                               James H. Berry, Jr.
                               Kate LaQuay

                               By /s/ *James H. Berry, Jr.*
                               James H. Berry, Jr.
                               Attorneys for Defendant
                               ROLLING FRITO-LAY SALES, LP